# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

v.

Case No: 5:20-cr-11-Oc-28PRL

JERON CANTRELL MARTIN

## ORDER

This case is before the Court on Defendant's Petition for Release (titled "Petition for Writ of Habeas Corpus For Release"). (Doc. 47). The assigned United States Magistrate Judge has submitted a Report recommending that the Petition for Release be denied. (Doc. 52). Neither the Government nor Defendant have filed any objection to the Report and the time to do so has passed.

After a review of the record in this matter, including the Petition for Release and the Government's response thereto (Doc. 51), the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 52) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Petition for Release (Doc. 47) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on August 25, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties